UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SHAWN LABRIE,<br><br>    Plaintiff,<br><br>    v.<br><br>OAKHURST DAIRY,<br><br>    Defendant. | Civil Action No. 2:16-cv-00574-JDL |

**STIPULATION OF DISMISSAL**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A), the Parties stipulate that this action shall be dismissed with prejudice, with all rights of appeal waived, and with each Party to bear its or his own costs and attorneys' fees.

Dated at Portland, Maine this 22nd day of May 2017

/s/ Chad T. Hansen
Chad T. Hansen
Attorney for Plaintiff

Maine Employee Rights Group
92 Exchange Street, 2nd Floor
Portland, ME 04101
207-874-0905

/s/ Danielle Y. Vanderzanden
Danielle Y. Vanderzanden
Attorney for Defendant

Ogletree, Deakins, Nash, Smoak & Stewart
One Boston Place, Suite 3220
Boston, MA 02108
617-994-5724

1